**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                                                                CASE NO. 05-10003 -3P7

BEST, CHARLES ALBERT, III

                Debtor(s)

**REPORT AND NOTICE OF TRUSTEE'S**
**INTENTION TO ABANDON PROPERTY OF ESTATE**

TO: CREDITOR(S) OF THE ABOVE-NAMED DEBTOR(S) AND OTHER INTERESTED PARTIES:

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within fifteen (15) days from the date of service of this paper. Objection should be filed with Clerk, U.S. Bankruptcy Court, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and a copy thereof served on the under-signed Trustee at his indicated address. Objection must be filed with the Clerk within fifteen (15) days from the date of mailing of this Notice by the Bankruptcy Court.
>
> If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Pursuant to Section 554 of the Bankruptcy Code, notice is hereby given on the abandonment of the following described property:

        1989 GMC Truck
        1988 F150 Truck

Said property is being abandoned for the reason that:

(X) The principal balance owing on the debt, which is secured by a perfected security interest in said property, exceeds the fair market value of the property and/or the total amount to be realized after available exemptions would not result in a meaningful distribution to creditors.

Written objections to said abandonment are to be filed with the Clerk, U.S. Bankruptcy Court, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32201, and a copy of any objection furnished to the undersigned Trustee at his indicated address.

Unless written objections are filed within fifteen (15) days from the date of the mailing of this notice, the property shall be deemed abandoned and no Order will be issued.

DATED at Jacksonville, Florida   July 20, 2006  .

I HEREBY CERTIFY that a copy hereof has been furnished by United States Mail to the following:

Alexander G. Smith, Trustee
Albert H Mickler, Attorney
BEST, CHARLES ALBERT, III, Debtor(s)

All Creditors as listed on the Matrix                                 /s/ Alexander G. Smith
                                                                                  ALEXANDER G. SMITH, TRUSTEE
                                                                                  ALEXANDER G. SMITH, P.A.
                                                                                  FLA BAR #140323
                                                                                  2601 UNIVERSITY BLVD., WEST
                                                                                  JACKSONVILLE, FL 32217
                                                                                  (904) 733-2000

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                                                        CASE NO. 05-10003 -3P7

BEST, CHARLES ALBERT, III

        Debtor(s)

**CERTIFICATE OF SERVICE**

        I HEREBY CERTIFY that a copy of the Report and Notice of Trustee's Intention to Abandon Property of Estate has been furnished to all creditors and interested parties listed on the court's matrix on  July 20, 2006   .

        /s/ Alexander G. Smith
        ALEXANDER G. SMITH, TRUSTEE
        FLA BAR #140323
        2601 UNIVERSITY BLVD., WEST
        JACKSONVILLE, FL  32217
        Telephone # (904) 733-2000